NORMAN COX AND ANOTHER, ADMINISTRATORS, ETC., APPEL-
LANTS, *v.* WARREN S. WIGHTMAN AND OTHERS, RESPOND-
ENTS.

*Assignment of mortgage to escape taxation — effect of.*

This action was brought to recover the amount of a mortgage collected by the
defendants, which had been assigned by the plaintiffs' intestate to the defend-
ants' testator. The plaintiffs claimed that the assignment was invalid, for
the reason that it was made to enable their intestate to escape taxation.
*Held*, that the assignment was valid to pass the title to the mortgage, and that
as the intestate had put his property out of his hands for the purpose of
escaping taxation, the court would not help him to get it back.

APPEAL from a judgment in favor of the defendants, entered upon
the report of a referee.

*E. H. Prindle*, for the appellants.

*R. A. Stanton* and *Jenks & Matterson*, for the respondents.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs.